F. L. Anderson and His Wife, Appellants, v. H. A. Hardesty, Appellee.

*W. O. Anderson,* for Appellants;

*Walter C. Hardesty, Jr.,* for Appellee.

L. K. Vinson, et al., Appellants, v. Daniel Cox, Appellee.

*Archie Clement,* for Appellants;

*Brandon, Gage, Hancock & Polhill* and *H. H. Morgan,* for Appellee.

K. R. Murrell, Appellant, v. L. E. Gesslin and Brook Scanlon Corporation, et al., Appellees.

*Tilden & Hays,* for the motion.